FILED
JAN 0 5 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 21-CR-40004-SMY |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. SCROGGINS, ) | Title 18, United States Code, |
| ) | Sections 922(g), 922(j), and 922(u) |
| Defendant. ) | |

INDICTMENT

THE GRAND JURY CHARGES:

### Count 1
### Stealing Firearms from a Federal Firearms Licensee

On or about November 12, 2020, in Perry County, within the Southern District of Illinois,

### MICHAEL J. SCROGGINS

defendant herein, did steal or unlawfully take or carry away from the premises of Action Pawn, a federal firearms licensee, firearms, including:

1. Marlin Firearms, Model XT-17, .17 caliber rifle, bearing serial number MM68784C;

2. Smith & Wesson, Model M&P 15, .22 caliber rifle, bearing serial number DFR3042;

3. Savage Arms, Model Stevens 200, .308 caliber rifle, bearing serial number G542770;

4. Remington, Model 597, .22 caliber rifle, bearing serial number 2953076M;

which had been shipped or transported in interstate or foreign commerce; all in

1

violation of Title 18, United States Code, Section 922(u).

## Count 2
### Possession of Stolen Firearms

On or about November 12, 2020, in Franklin County and elsewhere in the Southern District of Illinois,

**MICHAEL J. SCROGGINS**

defendant herein, did knowingly possess stolen firearms, including:

1. Marlin Firearms, Model XT-17, .17 caliber rifle, bearing serial number MM68784C;

2. Smith & Wesson, Model M&P 15, .22 caliber rifle, bearing serial number DFR3042;

3. Savage Arms, Model Stevens 200, .308 caliber rifle, bearing serial number G542770;

4. Remington, Model 597, .22 caliber rifle, bearing serial number 2953076M;

which firearms had been shipped or transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearms had been stolen; all in violation of Title 18, United States Code, Section 922(j).

## Count 3
### Felon in Possession of a Firearm

On or about November 12, 2020, in Franklin County and elsewhere in the Southern District of Illinois,

**MICHAEL J. SCROGGINS**

defendant herein, knowing he had previously been convicted of a felony punishable

by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]*
Digitally signed by STEVEN WEINHOEFT
Date: 2021.01.04 13:19:52 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

*[signature]*
AMANDA A. ROBERTSON
Assistant United States Attorney

Recommended Bond: Detention